PATRICIA L. McCABE
California State Bar No. 156634
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907 9726; Fax: (818) 907 6384
email: plmccabe@aol.com

Attorney for Plaintiff,
JAY ANDREW YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAY ANDREW YBARRA, | Case No.:   CV 10-01870 PLA |
| Plaintiff, | ORDER ON STIPULATION TO |
| v. | DISMISSAL WITHOUT PREJUDICE |
| MICHAEL J. ASTRUE, Commissioner, Social Security | |
| Defendant. | |

    Based upon the parties' Stipulation, IT IS HEREBY ORDERED that this matter is dismissed without prejudice, with each side to bear their own costs and attorney's fees, including but not limited to any attorney's fees which may be due under the Equal Access to Justice Act.

    IT IS SO ORDERED.

Dated: December 3, 2010

Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE